427 A.2d 1200

Commonwealth v. Roman, Appellant.

■■■■■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■ Submitted June 27, 1978.  David A. Binder, for appellant;  Charles M. Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., and CERCONE, HOFFMAN, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Judgment of sentence affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.